# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

**SCOTT SOLTIS,**

               Plaintiff,

      v.

**CATALENT PHARMA SOLUTIONS,** *et al.*,

              Defendants.

Civil Action No. 23-567 (ZNQ) (TJB)

**ORDER OF DISMISSAL**

**QURAISHI, District Judge**

    **THIS MATTER** comes before the Court upon a review of its docket. The Court previously entered an Order (ECF No. 39) that dismissed the Complaint without prejudice and granted Plaintiff leave to file an Amended Complaint within 30 days that was consistent with the Court's concurrent Opinion (ECF No. 38). The Court cautioned Plaintiff in its Opinion, that "failure to cure the deficiencies identified herein may result in a dismissal with prejudice." (ECF No. 38 at 10.) The Order and Opinion were issued on August 7, 2024. The 30-day deadline has elapsed, but Plaintiff has not filed an Amended Complaint and has therefore not remedied the defects observed in the Opinion.

    Accordingly, **IT IS** on this **16th** day of **October 2024,**

    **ORDERED** that the Complaint is hereby **DISMISSED WITH PREJUDICE**; and it is further

    **ORDERED** that the Clerk's Office is instructed to mark this matter **CLOSED**.

                                             **ZAHID N. QURAISHI**
                                             **UNITED STATES DISTRICT JUDGE**